UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAVID P. CARRERE                                           CIVIL ACTION

VERSUS                                                    NO.   16-14267

JERRY CARPENTER, ET AL                                    SECTION "A" (4)


## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and

Recommendation of the United States Magistrate Judge, and the failure of any party to file an

objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and

Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore,

**IT IS ORDERED** that David Carrere's § 1983 claims against Sheriff Jerry Carpenter, Mr.

Shane Lebeouf, and Mrs. Shane Lebeouf are **DISMISSED WITH PREJUDICE** as frivolous and

otherwise for failure to state a claim for which relief can be granted under 28 U.S.C. § 1915, §

1915A, and 42 U.S.C. § 1997e.


New Orleans, Louisiana, this 8th day of _____December_____, 2016.



_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE